WILLIAM PAROLI, Appellant, v. JOSEPH GUSTAVINO, Respondent.—

[redacted]

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST F. DOS SANTOS, Appellant.—

[redacted]

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUEL SALVATORE LLAUGET, Respondent, v. CHARLES CYRTA, as Warden of the Suffolk County Jail, Appellant.—

[redacted]

Under the circumstances, the renewed application for bail should have been made to County Judge LIPETZ. Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.